IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
MIDDLE DIVISION

CARL ADAMS, )
 )
    Plaintiff, )
 )
vs. ) No. 3:13-cv-01449
 )
JOHN DOE and M.P. EXPRESS, INC. )
 )
 )
    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW MICHAEL RIVAS AS COUNSEL OF RECORD

This Proposed Order filed by Blair Durham is herby **GRANTED, ORDERED, ADJUDGED,** and **DECREED**, that Michael Rivas is relieved as Counsel of Record. Blair Durham and Aaron Woodard from Bart Durham Injury Law remains as Counsel of Record for the Plaintiff, Carl Adams.

Dated this   24th   day of   February  , 2014.

                                        _____
                                        Judge