## IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
## MIDDLE DIVISION

| | |
|---|---|
| CARL ADAMS, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN DOE and M.P. EXPRESS, INC. )<br>)<br>)<br>  Defendant. | No. 3:13-cv-01449 |

### ORDER GRANTING MOTION TO WITHDRAW MICHAEL RIVAS AS COUNSEL OF RECORD

This Proposed Order filed by Blair Durham is herby **GRANTED, ORDERED, ADJUDGED,** and **DECREED**, that Michael Rivas is relieved as Counsel of Record. Blair Durham and Aaron Woodard from Bart Durham Injury Law remains as Counsel of Record for the Plaintiff, Carl Adams.

Dated this __24th__ day of __February__, 2014.

_____
Judge